[Crim. No. 1988.   In Bank.—May 3, 1917.]

In the Matter of the Disbarment of BARCLAY McCOWAN.

DISBARMENT OF ATTORNEY—TRANSFER OF PROCEEDING TO SUPREME
COURT FROM DISTRICT COURT OF APPEAL.—The supreme court has
power to transfer to itself for hearing and determination a proceed-
ing for the disbarment of an attorney at law which had been heard
and decided by the district court of appeal.

PROCEEDING for the disbarment of an attorney at law,
transferred to the Supreme Court after hearing and deter-
mination by the District Court of Appeal of the Second Ap-
pellate District.

The facts are stated in the opinion of the court.

John S. Partridge, C. V. Anderson, C. L. Claflin, George E.
Whitaker, F. E. Borton, and C. E. Arnold, a Committee for
the Kern County Bar Association, for Petitioner.

Francis J. Heney, Marshall Stimson, Barclay McCowan, *in
pro. per.*, and Alfred Siemon, for Respondent.

THE COURT.—This matter was first presented to this
court for its hearing and determination. By this court it was
transferred to the court of appeal of the second appellate dis-
trict. There it was heard and decided. Thereafter applica-
tion was made that the matter be transferred to this court for
hearing and determination, which application was granted.
At the time set for hearing respondent interposed a prelimi-
nary objection to this court proceeding with the hearing,
based on the contention that it was without jurisdiction so to
do. The matter was submitted upon briefs of the respective
parties to be filed. While the matter was thus pending this
court had occasion to consider and determine it *In the Matter
of the Admission of Alonzo Wells to Practice Law,* 174 Cal.
467, [163 Pac. 657]. The detailed and exhaustive treatment
there given to the question relieves from the necessity of
doing more than making a reference to that decision. For
the reasons therein expressed the preliminary objection to the
jurisdiction of this court to hear and determine the matter is

overruled, and the cause is ordered placed upon the July, 1917, calendar of the court for hearing and determination on the merits.